BARCLAY DAMON LLP

**Brad M. Gallagher**
*Partner*

May 6, 2026

**VIA ELECTRONIC MAIL (chambers costello@paed.uscourts.gov)**

Hon. Mary Kay Costello
District Court Judge
6614 US Courthouse
601 Market Street
Philadelphia, PA 19106

Re: No. 2:26-cv-01010: *Infusion Center of Pennsylvania, LLC v. Independence Blue Cross, LLC, et al*
Request for Extension on Sur-Reply on Motion to Dismiss

Your Honor:

We represent Plaintiff, Infusion Center of Pennsylvania, LLC, in the above-captioned matter. Defendants filed a Motion to Dismiss on March 12, 2026. Plaintiff filed its Opposition on April 9, 2026, after the Court granted an extension. Pursuant to the Court's rules, replies and sur-replies are due seven (7) days after service of the preceding filing. Defendants filed a motion for leave to file their reply late after eighteen (18) days had lapsed from the applicable deadline. The Court granted that request on May 4, 2026, after which Defendants filed their reply. Accordingly, Plaintiff's sur-reply is due on May 11, 2026.

Plaintiff respectfully requests an extension of time, up to and including May 22, 2026, to file its sur-reply in further opposition to Defendants' Motion to Dismiss. Given that Defendants were permitted to file their reply well after the applicable deadline, Plaintiff respectfully submits that it should likewise be afforded a relatively comparable opportunity to prepare and file its sur-reply. We appreciate the Court's consideration of this request.

Very truly yours,

Brad M. Gallagher

BG:ir
cc: Chelsea Biemiller, Esq.

80 State Street - Albany, New York 12207 barclaydamon.com
bgallagher@barclaydamon.com Direct: (518) 429-4262 Fax: (518) 533-2930
Also Admitted in: New Jersey and Pennsylvania